UNITED STATES of America, Appellee,

v.

Gary APKER, Appellant.

No. 96–2384NEO.

United States Court of Appeals,
Eighth Circuit.

Oct. 6, 1998.

ORDER

In accordance with the Supreme Court of the United States' order of June 22, 1998, [—— U.S. ——, 118 S.Ct. 2339, 141 L.Ed.2d 710] this court's opinion and judgment of December 6, 1996 [101 F.3d 75] are vacated. The court's mandate is recalled.

UNITED STATES of America,
Plaintiff–Appellee,

v.

Ernestine Audry JAMES, aka Ernestine James, Defendant–Appellant.

No. 96–30081.

United States Court of Appeals,
Ninth Circuit.

Oct. 9, 1998.

ORDER

HUG, Chief Judge.

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3.

1. The panel unanimously finds this case suitable for decision without oral argument. Fed.

The three-judge panel opinion, *United States v. James,* 139 F.3d 748 (9th Cir.1998), is withdrawn.